UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH KAY SCARBRO,

            Plaintiff,            Case no. 11-10443
                                         Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

            Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Charles E. Binder's February 6, 2012 Report and Recommendation, along with the entire record, and upon review;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of the court.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: March 19, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 19, 2012, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager